# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:04-cr-00239-KJD-PAL |
| Plaintiff, | ORDER |
| vs. | |
| MARCO CORONEL-CARRERA, | |
| Defendant. | |

Based on the foregoing motion of the government, leave is hereby granted and this matter is dismissed, without prejudice, as to defendant MARCO CORONEL-CARRERA.

IT IS FURTHER ORDERED that the Arrest Warrant for defendant MARCO CORONEL-CARRERA be quashed.

DATED this 29th of November, 2018.

_____
HONORABLE KENT J. DAWSON
UNITED STATES DISTRICT JUDGE